**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

*This is a Court-Authorized Notice and is not a solicitation from a lawyer. The Court has made no finding as to the merits of the case at this time.*

**IF YOU ARE OR WERE, AN AUTOMOBILE SALESPERSON AT EITHER THE "KENDALL KIA" OR "HOMESTEAD CHEVROLET-CADILLAC" AUTOMOBILE DEALERSHIPS WHO EARNED LESS THAN THE APPLICABLE MINIMUM WAGE DURING ANY PAY PERIOD OF EMPLOYMENT, A COLLECTIVE ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.**

Raiko Diaz, and other former car salespersons, have sued Rod Rifai, "Kendall Kia" and "Homestead Chevrolet-Cadillac," in federal court in Miami, alleging that they were not paid the applicable minimum wage during numerous applicable pay periods of employment, a violation of the Fair Labor Standards Act. The case name is *Raiko Diaz, and others similarly situated vs. Rod Rifai; Southern Automotive Group, Inc, and; Southern Automotive Dealer Group, Corp. d/b/a* "Kendall Kia" and "Homestead Chevrolet-Cadillac," The case number is: 11-22517-CIV-MOORE/TORRES.

The Court has allowed the Plaintiff to send notice to all similarly situated current and former car salespersons that they may be permitted to "opt-in" to, or join, this lawsuit to assert their similar legal rights.

The Court has not yet decided whether Rod Rifai, "Kendall Kia" and ""Homestead Chevrolet-Cadillac," have done anything wrong. There is no money available now and no guarantee that there will be any money to recover in this case. However, you have a choice to assert your legal rights by joining this lawsuit.

| Your Legal Rights and Options ||
|---|---|
| Do Nothing | **Do Nothing and lose nothing (except resulting from the passage of time).** By doing nothing, you retain your legal rights to bring a separate suit against Defendants for any failure to abide by the applicable federal minimum wage law. If money or benefits are later awarded in this case, you will not share in them. |
| Ask to be included in the lawsuit | **Complete the Opt-In Consent Form:** By "opting in," you gain the possibility of receiving money or benefits that may result from a trial or settlement, but you give up your right to separately sue Defendants for any unpaid minimum wages owing as alleged in this lawsuit. |

NOTICEOF RIGHT TO JOIN LAWSUIT FOR MINIMUM WAGE (Page 2 of 2)

If you do choose to join this lawsuit, you may select your own separate counsel, or you may choose to be represented by Anthony F. Sanchez, P.A. who represents Raiko Diaz, the individual who initiated the lawsuit and several other individuals who have already elected to join the lawsuit. The law prohibits anyone from discriminating or retaliating against you for taking part in this case.

Your options are included in this notice. To opt-in, you must complete the "Notice of Consent to Opt-In Pursuant to 29 U.S.C. § 216" form and mail to it to the Clerk of Court on or before \_\_\_\_ \_, 2012**.** The Clerk of Court's mailing address is the following:

Clerk of Court
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. Courthouse
400 North Miami Avenue, 8th Floor
Miami, FL 33128

If you have any questions or concerns, you may contact:
Representative Plaintiff's Counsel
Anthony F. Sanchez, P.A. Law Offices
Anthony F. Sanchez, Esq.
6701 Sunset Drive, Suite 101
Miami, FL 33143
Telephone: (305) 665-9211
Facsimile: (305) 328-4828
E-Mail: afs@laborlawfla.com