UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-CIV-22517-MOORE/TORRES

**Raiko Diaz**; and others similarly situated,                CLASS REPRESENTATION

      Plaintiffs,

v.

**Southern Automotive Group, Inc.** d/b/a
"Kendall Kia"; **Southern Automotive Dealer
Group, Corp.** d/b/a "Homestead Chevrolet Cadillac"
and **Rod R. Rifai**, individually,

      Defendants.a
_____/

### NOTICE OF CONSENT TO OPT-IN PURSUANT TO 29 U.S.C. § 216 (b)

    1. I hereby consent, pursuant to 29 U.S.C. § 216(b), to become a party plaintiff in this lawsuit.

    2. By choosing to join this lawsuit, I understand that I designate the representative Plaintiff as my agent to make decisions on my behalf concerning the litigation, including entering into settlement agreements. These decisions will be binding on me if I join this lawsuit.

    3. By choosing to join this lawsuit, I understand that I will be bound by the judgment, whether it is favorable or unfavorable.

    4. I hereby agree to be represented by Anthony Sanchez, P.A. Law Offices, counsel for the representative Plaintiff.

_____    _____
Signature                                                   Today's Date

_____
Print your first, middle and last name

_____
Home Address

_____    _____    _____
Home Phone Number    Cell Phone Number         Email Address

<u>Please mail the completed form to the following address:</u>
Clerk of Court
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. Courthouse
400 North Miami Avenue, 8th Floor
Miami, FL 33128